# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| AKILAH E. HATFIELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:12cv528-MHT |
| ) | (WO) |
| ARBOR SPRINGS HEALTH ) | |
| AND REHAB CENTER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On September 4, 2012, the magistrate judge filed a recommendation in this case to which no timely objections have been filed. Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED and ADJUDGED that the recommendation of the magistrate judge (doc. no. 15) is adopted and that:

(1) Arbor Springs Health and Rehabilitation Center, Ltd., is substituted for the defendant identified incorrectly as Arbor Springs Health and Rehab Center;

(2) Plaintiff's motion for leave to amend her complaint to add defamation and libel claims (doc. no. 13) is denied; and

(3) Defendant's motion to dismiss (doc. no. 7) is granted pursuant to Fed. R. Civ. P. 12(b)(1).

Done this the 26th day of September, 2012.

                                               /s/   Myron H. Thompson
                                               **UNITED STATES DISTRICT JUDGE**